IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**LANIEL WOODARD,**

    **Plaintiff,**

v.     1:21-cv-00494-GJF-KK

**CITY OF ALBUQUERQUE, et al.**

### CONSENT TO REMOVAL

COMES NOW Defendant Matthew Torrez, by and through his counsel of record, the Law Office of Jonlyn M. Martinez, LLC, and states that the Plaintiff has filed a return of service indicating he was served with the Plaintiff's Complaint on May 23, 2021, and hereby consents to the removal of this matter to the United States District Court.

    Respectfully submitted,

    LAW OFFICE OF JONLYN M. MARTINEZ, LLC

    By: ___*/s/ Jonlyn M. Martinez*___
         JONLYN M. MARTINEZ
         Attorneys for City Defendants
         P.O. Box 1805
         Albuquerque, NM  87103-1805
         (505) 247-9488

I hereby certify that a copy of the foregoing was sent electronically via CM/ECF on June 1, 2021, to all counsel of record:

_____*/s/*_____