# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**LANIEL WOODARD,**

      **Plaintiff,**

v.                                                                              1:21-cv-00494-KWR-KK

**CITY OF ALBUQUERQUE, et al.**

      **Defendants.**

## NOTICE OF RESOLUTION OF CLAIMS AGAINST DEFENDANTS

COME NOW, Defendants City of Albuquerque and Matthew Torrez, by and through their counsel of record, the Law Office of Jonlyn M. Martinez, LLC, and hereby notify the Court of the resolution of Plaintiff's claims against the Defendants in this matter.

                                                Respectfully submitted,

                                                LAW OFFICE OF JONLYN M. MARTINEZ, LLC

                                                By: ***Filed electronically on July 6, 2021***
                                                        JONLYN M. MARTINEZ
                                                        Attorneys for Defendants
                                                        P.O. Box 1805
                                                        Albuquerque, NM  87103-1805
                                                        (505) 247-9488

I hereby certify that a true and correct copy of
the foregoing was sent via CM/ECF to all counsel
of record on July 6, 2021:

*/s/ Jonlyn M. Martinez*
Jonlyn M. Martinez, Esq.